UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| SUPER BRIGHT LEDS, INC. | § § § § | |
| Plaintiff, | § | |
| v. | § | Court No.: 21-00099 |
| UNITED STATES, | § § § | |
| Defendant. | § § | |

# **COMPLAINT**

Plaintiff, Super Bright LEDs, Inc., appears by its attorneys, George R. Tuttle, A P.C., and alleges as follows:

1. This action is commenced pursuant to 28 U.S.C. § 1581(a) to contest the denial of a protest filed pursuant to 19 U.S.C. § 1514, concerning the tariff classification and assessment of Section 301 duties at liquidation of the merchandise described below.

2. As the importer of record and the party filing the protest, Plaintiff has standing under 28 U.S.C. § 2631(a) to bring this action.

3. The protests set forth on the Summons filed herein were timely filed.

4. The protests set forth on the Summons filed herein was denied by CBP on the dates set forth on **Attachment A**, for each respective protest set forth thereon.

5. The Summons was timely filed, and all liquidated duties have been paid.

{0190038.DOCX;1}

*Super Bright LEDs, Inc. v. United States*
Court No. 21-00099
*Complaint*

6.  The USTR, effective September 24, 2018, imposed additional tariffs on products classified under the subheadings enumerated in Section XXII, Chapter 99, Subchapter III U.S. Note 20(e), and U.S. Note 20(f), HTSUS.

7.  The imported LED lighting products set forth on **Attachment B** and designated in **"Group 1"** were classified at liquidation under HTSUS 8512.20.2040/ 9903.88.03, which provides for "Other lighting or visual signaling equipment (excluding articles of heading 8539): For vehicles: Lighting equipment," and assessed Section 301 duties, as products of China, per Section XXII, Chapter 99, Subchapter III, Chapter 99, Note 20(e) and U.S. Note 20(f).

8.  The imported LED lighting products set forth on **Attachment B** and designated in **"Group 1"** are more specifically provided for under HTSUS subheading 8539.50.00, properly classifiable as light-emitting diode (LED) lamps.

9.  At the time of entry, the imported LED lighting products set forth on **Attachment B** and designated in **"Group 1"** are classified in HTSUS subheading 8539.50.00, which is not enumerated in U.S. Note 20(f), Chapter 99, Subchapter III, and they are therefore not subject to Section 301 duties because they are not classified under HTSUS 9903.88.03.

10. The imported LED lighting products set forth on **Attachment B** and designated in **"Group 2"** were classified at liquidation under HTSUS 8512.20.2080/ 9903.88.03, which provides for "Other lighting Equipment, Other (other than 8539)," and assessed Section 301 duties, as products of China, per Section XXII, Chapter 99, Subchapter III, Chapter 99, Note 20(e) and U.S. Note 20(f).

*Super Bright LEDs, Inc. v. United States*
*Court No. 21-00099*
*Complaint*

11.     The imported LED lighting products set forth on **Attachment B** and designated in "**Group 2**" are more specifically provided for under HTSUS subheading 8539.50.00, properly classifiable as light-emitting diode (LED) lamps.

12.     At the time of entry, the imported LED lighting products set forth on **Attachment B** and designated in "**Group 2**" are classified in HTSUS subheading 8539.50.00, which is not enumerated in U.S. Note 20(f), Chapter 99, Subchapter III, and they are therefore not subject to Section 301 duties because they are not classified under HTSUS 9903.88.03.

13.     The imported LED lighting products set forth on **Attachment B** and designated in "**Group 3**" were classified at liquidation under HTSUS 8543.70.71/ 9903.88.03 as "Electric luminescent lamps," and assessed Section 301 duties, as products of China, per Section XXII, Chapter 99, Subchapter III, Chapter 99, Note 20(e) and U.S. Note 20(f).

14.     The imported LED lighting products set forth on **Attachment B** and designated in "**Group 3**" are more specifically provided for under HTSUS subheading 8539.50.00, properly classifiable as light-emitting diode (LED) lamps.

15.     At the time of entry, the imported LED lighting products set forth on **Attachment B** and designated in "**Group 3**" are classified in HTSUS subheading 8539.50.00, which is not enumerated in U.S. Note 20(f), Chapter 99, Subchapter III, and they are therefore not subject to Section 301 duties because they are not classified under HTSUS 9903.88.03.

16. The imported LED lighting products set forth on **Attachment B** and designated in "**Group 4**" were classified at liquidation under HTSUS 9405.40.6000 / 9903.88.03 as "Lamps and fittings, NESI: Other electric lamps and lighting fittings: Of base metal (other)," and assessed Section 301 duties, as products of China, per Section XXII, Chapter 99, Subchapter III, Chapter 99, Note 20(e) and U.S. Note 20(f).

17. The imported LED lighting products set forth on **Attachment B** and designated in "**Group 4**" are classified in HTSUS subheading 8539.50.00, which is not enumerated in U.S. Note 20(f), Chapter 99, Subchapter III, and they are therefore not subject to Section 301 duties because they are not classified under HTSUS 9903.88.03.

18. At the time of entry, the imported LED lighting products set forth on **Attachment B** and designated in "**Group 4**" are not subject to classification under 9903.88.03, and not subject to Section 301 duties.

19. The imported LED lighting products set forth on **Attachment B** and designated in "**Group 5**" were classified at liquidation under 9405.40.8200 as "Lamps and fittings, NESI: Light-emitting diode (LED) backlight modules," and assessed Section 301 duties, as products of China, per Section XXII, Chapter 99, Subchapter III, Chapter 99, Note 20(e) and U.S. Note 20(f).

20. The imported LED lighting products set forth on **Attachment B** and designated in "**Group 5**" are more specifically provided for under HTSUS subheading 8539.50.00, properly classifiable as light-emitting diode (LED) lamps.

21. At the time of entry, the imported LED lighting products set forth on **Attachment B** and designated in "**Group 5**" are classified in HTSUS subheading 8539.50.00, which is not enumerated in U.S. Note 20(f), Chapter 99, Subchapter III, and they are therefore not subject to Section 301 duties because they are not classified under HTSUS 9903.88.03.

22. The imported LED lighting products set forth on **Attachment B** and designated in **"Group 6"** were classified at liquidation under HTSUS 9405.40.84 / 9903.88.03 as "Lamps and lighting fittings including searchlights and spotlights and parts thereof, not elsewhere specified or included: Other electric lamps and lighting fittings: Other: Other," and assessed Section 301 duties, as products of China, per Section XXII, Chapter 99, Subchapter III, Chapter 99, Note 20(e) and U.S. Note 20(f).

23. The imported LED lighting products set forth on **Attachment B** and designated in "**Group 6**" are more specifically provided for under HTSUS subheading 8539.50.00, properly classifiable as light-emitting diode (LED) lamps.

24. At the time of entry, the imported LED lighting products set forth on **Attachment B** and designated in "**Group 6**" are classified in HTSUS subheading 8539.50.00, which is not enumerated in U.S. Note 20(f), Chapter 99, Subchapter III, and they are therefore not subject to Section 301 duties because they are not classified under HTSUS 9903.88.03.

¶ WHEREFORE, Plaintiff respectfully requests this Court to order Defendant to reliquidate the subject merchandise set forth on **Attachment B** under subheading 8539.50.00, HTSUS, at a duty rate of 2% ad valorem, and further, to refund any duties assessed under U.S.

*Super Bright LEDs, Inc. v. United States*
*Court No. 21-00099*
*Complaint*

Note 20(f), Chapter 99, Subchapter III, and HTSUS 9903.88.03, within 90 days of this judgment becoming final, with interest, as provided by law, and for such other and further relief as the Court deems just.

Dated: March 31, 2023

                                              Respectfully Submitted,

                                              <u>/s/George R. Tuttle, III</u>
                                              George R. Tuttle, III
                                              Law Offices of George R. Tuttle, A P.C.
                                              3950 Civic Center Drive, Ste. 310
                                              San Rafael, CA 94903
                                              (415) 986-8780
                                              Email: geo@tuttlelaw.com
                                              Attorney for Plaintiff Super Bright LEDs, Inc.