# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE LEO M. GORDON, JUDGE

|  |  |  |
|---|---|---|
| SUPER BRIGHT LEDs INC., | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Court No.: 21-00099 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.    The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2.    The imported merchandise covered by the entries set forth on Schedule A, attached, consists of various LED products from the People's Republic of China.  The covered merchandise is identified on Schedule B by each product's SKU number as listed in the commercial invoices for the covered entries.

3.    At liquidation, U.S. Customs and Border Protection classified the imported merchandise under 1) the Harmonized Tariff Schedule of the United States ("HTSUS") provisions identified in Schedule B under the column entitled "Assessed Subheading," at the regular Column 1 rate of duty in effect at the time of entry, and 2) the Chapter 99 special tariff provision identified in Schedule B under the column entitled

"Ch 99 Section 301 Subheading," at the additional rate of duty assessed under Section 301 of the Trade Expansion Act of 1974, Pub. L. 93–618, 19 U.S.C. § 2411 ("Section 301") that was in effect at the time of entry.

4.      The stipulable imported merchandise is properly classifiable under 1) the HTSUS provisions identified in Schedule B under the column entitled "Re-Liquidated Subheading," at the regular Column 1 rate of duty in effect at the time of entry, and 2) the Chapter 99 special tariff provision, if any, identified in Schedule B under the column entitled "Ch 99 Reliquidated Section 301 Subheading," at the additional rate of duty assessed under Section 301 at the time of entry, if any.

5.      The imported merchandise covered by the entries set forth on the attached Schedule A, and identified in the attached Schedule B, is stipulable in accordance with this agreement, unless otherwise indicated on Schedule B.

6.      Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7.      All other claims and non-stipulable merchandise are abandoned.

8.      Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: _____
George R. Tuttle, III
Law Offices of George R. Tuttle
A Professional Corporation
3950 Civic Center Dr, Ste 310
San Rafael, California 94903
Tel.: (415) 986-8780
Attorney for Plaintiff

2

Stipulated Judgement on Agreed Statement of Facts, Court No. 21-00099 (continued)

> BRIAN M. BOYTON
> Principal Deputy Assistant Attorney General
>
> PATRICIA McCARTHY
> Director
>
> By: _____  11/14/2024
> Justin R. Miller
> Attorney in Charge
> International Trade Field Office
>
> By: _____  11/14/2024
> Mathias Rabinovitch
> Trial Attorney
> Commercial Litigation Branch
> Civil Division
> 26 Federal Plaza, Suite 346
> New York, New York 10278
> Tel.: (212) 264-0484
> Attorneys for the Defendant

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Leo M. Gordon, Judge

Date: _____

3

## Schedule A

**Plaintiff:** Super Bright LEDs, Inc.
**Port:** 4503 (St. Louis, MO)

| PROTEST NUMBER | PROTEST DATE | PROTEST DECISION DATE | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4503-20-100515 | 03/25/20 | 09/15/20 | 791-2035906-7 | 11/02/18 | 09/27/19 |
| 4503-20-100515 | 03/25/20 | 09/15/20 | 791-2035911-7 | 11/02/18 | 09/27/19 |
| 4503-20-100515 | 03/25/20 | 09/15/20 | 791-2035919-0 | 11/02/18 | 09/27/19 |
| 4503-20-100515 | 03/25/20 | 09/15/20 | 791-2035921-6 | 11/02/18 | 09/27/19 |
| 4503-20-100515 | 03/25/20 | 09/15/20 | 791-2035922-4 | 11/02/18 | 09/27/19 |
| 4503-20-100515 | 03/25/20 | 09/15/20 | 791-2035928-1 | 09/01/09 | 09/27/19 |
| 4503-20-100635 | 04/29/20 | 09/16/20 | 791-2038377-8 | 12/05/18 | 11/01/19 |
| 4503-20-100635 | 04/29/20 | 09/16/20 | 791-2038486-7 | 12/07/18 | 11/01/19 |
| 4503-20-100635 | 04/29/20 | 09/16/20 | 791-2038503-9 | 12/19/18 | 11/01/19 |
| 4503-20-100635 | 04/29/20 | 09/16/20 | 791-2038510-4 | 12/19/18 | 11/01/19 |
| 4503-20-100635 | 04/29/20 | 09/16/20 | 791-2038511-2 | 12/19/18 | 11/01/19 |
| 4503-20-100635 | 04/29/20 | 09/16/20 | 791-2039057-5 | 12/21/18 | 11/01/19 |
| 4503-20-100635 | 04/29/20 | 09/16/20 | 791-2038996-5 | 12/23/18 | 11/01/19 |
| 4503-20-100505 | 03/18/20 | 09/18/20 | 791-2035647-7 | 10/23/18 | 09/20/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2036776-3 | 11/27/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2036779-7 | 11/27/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2036788-8 | 11/27/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2037817-4 | 11/28/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2037823-2 | 11/28/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2037975-0 | 11/28/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2037870-3 | 11/29/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2037884-4 | 11/29/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2037885-1 | 11/29/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2037890-1 | 11/29/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2037894-3 | 11/29/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2037908-1 | 11/29/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2038497-4 | 12/17/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2038300-0 | 12/28/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2038329-9 | 12/28/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2038405-7 | 12/28/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2038407-3 | 12/28/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2038408-1 | 12/28/18 | 10/25/19 |
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2038522-9 | 12/28/18 | 10/25/19 |

| PROTEST NUMBER | PROTEST DATE | PROTEST DECISION DATE | ENTRY NUMBER | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4503-20-100613 | 04/22/20 | 10/22/20 | 791-2038574-0 | 12/28/18 | 10/25/19 |
| | | | | | |
| 4503-20-100666 | 05/06/20 | 10/22/20 | 791-2039012-0 | 12/14/18 | 11/08/19 |
| 4503-20-100666 | 05/06/20 | 10/22/20 | 791-2039184-7 | 12/29/18 | 11/08/19 |
| 4503-20-100666 | 05/06/20 | 10/22/20 | 791-2039188-8 | 12/29/18 | 11/08/19 |
| 4503-20-100666 | 05/06/20 | 10/22/20 | 791-2039206-8 | 12/29/18 | 11/08/19 |
| 4503-20-100666 | 05/06/20 | 10/22/20 | 791-2039298-5 | 12/29/18 | 11/08/19 |
| 4503-20-100666 | 05/06/20 | 10/22/20 | 791-2038972-6 | 01/08/19 | 11/08/19 |
| 4503-20-100666 | 05/06/20 | 10/22/20 | 791-2039096-3 | 01/08/19 | 11/08/19 |
| | | | | | |
| 4503-20-100695 | 05/13/20 | 10/22/20 | 791-2039663-0 | 01/08/19 | 11/15/19 |
| 4503-20-100695 | 05/13/20 | 10/22/20 | 791-2040225-5 | 01/15/19 | 11/22/19 |
| 4503-20-100695 | 05/13/20 | 10/22/20 | 791-2040245-3 | 01/15/19 | 11/22/19 |
| | | | | | |
| 4503-20-100716 | 05/27/20 | 10/22/20 | 791-2040297-4 | 01/15/19 | 11/29/19 |
| 4503-20-100716 | 05/27/20 | 10/22/20 | 791-2040299-0 | 01/15/19 | 11/29/19 |
| 4503-20-100716 | 05/27/20 | 10/22/20 | 791-2040301-4 | 01/15/19 | 11/29/19 |
| 4503-20-100716 | 05/27/20 | 10/22/20 | 791-2040395-6 | 01/15/19 | 11/29/19 |
| | | | | | |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2036921-5 | 11/19/18 | 10/18/19 |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2037786-1 | 11/19/18 | 10/18/19 |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2037378-7 | 11/23/18 | 10/18/19 |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2037384-5 | 11/23/18 | 10/18/19 |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2037404-1 | 11/23/18 | 10/18/19 |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2037492-6 | 11/23/18 | 10/18/19 |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2037572-5 | 11/23/18 | 10/18/19 |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2037951-1 | 12/05/18 | 10/18/19 |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2037957-8 | 12/17/18 | 10/18/19 |
| 4503-20-100586 | 04/15/20 | 11/06/20 | 791-2038202-8 | 12/20/18 | 10/18/19 |
| | | | | | |
| 4503-20-100496 | 03/11/20 | 01/26/21 | 791-2035180-9 | 10/17/18 | 09/13/19 |
| 4503-20-100496 | 03/11/20 | 01/26/21 | 791-2035490-2 | 10/17/18 | 09/13/19 |
| 4503-20-100496 | 03/11/20 | 01/26/21 | 791-2035938-0 | 10/26/18 | 09/20/19 |
| | | | | | |
| 4503-20-100557 | 04/08/20 | 01/26/21 | 791-2037408-2 | 11/28/18 | 10/11/19 |
| 4503-20-100557 | 04/08/20 | 01/26/21 | 791-2037037-9 | 11/30/18 | 10/11/19 |
| 4503-20-100557 | 04/08/20 | 01/26/21 | 791-2037039-5 | 11/30/18 | 10/11/19 |
| 4503-20-100557 | 04/08/20 | 01/26/21 | 791-2037053-6 | 11/30/18 | 10/11/19 |
| 4503-20-100557 | 04/08/20 | 01/26/21 | 791-2037058-5 | 11/30/18 | 10/11/19 |
| 4503-20-100557 | 04/08/20 | 01/26/21 | 791-2037090-8 | 11/30/18 | 10/11/19 |

5

**Schedule B**

| Protest No. | Entry No. | Line No. | SKU | Assessed Subheading | Assessed Ch 99 Subheading | Re-liquidated Subheading HTS | Re-liquidated Ch 99 Subheading |
|---|---|---|---|---|---|---|---|
| 4503-20-100496 | 791-20359380 | 001 | PAR36-A9W-160 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100496 | 791-20359380 | 002 | PAR36-WW9W-160 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100496 | 791-20359380 | 003 | PAR36-WW9W-30 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA7S-A | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA7S-R | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA9S-B4-90-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA9SF-G-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA9SF-WW-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA9S-G4-32-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA9S-G4-90-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA9S-R-120-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA9S-W4-90-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | BA9S-W-90-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | 74-AHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | 74-NW | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | 74-W | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | 74-WW | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | 74-WWHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | B8.3D-BHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | 791-20356477 | 001 | B8.4D-RHP | 8512202040 | 99038803 | 8539500010 | None |

The merchandise marked by an asterisk (*) consists of LED products identified on the commercial invoice in the specified entry: (a) that is not stipulable and is abandoned or (b) as to which all relief sought has previously been granted and no further relief is due.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4503-20-100505 | | 791-20356477 | 001 | B8.5D-BHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | B8.5D-RHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | B8.5D-WHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | NEO4-BHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | NEO4-WHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | NEO5-WHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | T1.5-AHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | T1.5-RHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 194-A-120 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 194-A4-90 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 194-B4-90 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 194-G4-90 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 194-W6 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 194-W-6V | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 194-W-90 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 1156-W3X1W | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 1157-A19-WV | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 1157-R19-WV | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100505 | | 791-20356477 | 001 | 1157-W19-WV | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100515 | | 791-20359067 | 001 | 9006-HLAW | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100515 | | 791-20359067 | 002 | H11-HLAW | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100515 | | 791-20359067 | 003 | H13-HLAW | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100515 | | 791-20359067 | 004 | H4-HLAW | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100515 | | 791-20359190 | 002 | DRB-40K75F-E39 | 8543707100 | 99038803 | 8539500090 | None |
| 4503-20-100515 | | 791-20359190 | 012 | DRB-50K75F-E39 | 8543707100 | 99038803 | 8539500090 | None |
| 4503-20-100515 | | 791-20359190 | 001 | CL-50K150-E39 | 8543707100 | 99038803 | 8539500090 | None |
| 4503-20-100515 | * | 791-20359216 | 007 | E27RF-RGBCW9 | 8543707100 | 99038803 | 8539500010 | None |
| 4503-20-100557 | | 791-20370536 | 001 | 9004-HLV4 | 8512202080 | 99038803 | 8539500010 | None |

| 4503-20-100557 |   | 791-20370536 | 002 | 9005-HLV4 | 8512202080 | 99038803 | 8539500010 | None |
|---|---|---|---|---|---|---|---|---|
| 4503-20-100557 |   | 791-20370536 | 003 | 9006-HLV4 | 8512202080 | 99038803 | 8539500010 | None |
| 4503-20-100557 | * | 791-20370536 | 004 | H10-HLV4 | 8512202080 | 99038803 | 8539500010 | None |
| 4503-20-100557 |   | 791-20370536 | 005 | H11-HLV4 | 8512202080 | 99038803 | 8539500010 | None |
| 4503-20-100557 |   | 791-20370536 | 006 | H13-HLV4 | 8512202080 | 99038803 | 8539500010 | None |
| 4503-20-100557 |   | 791-20370536 | 007 | H16-HLV4 | 8512202080 | 99038803 | 8539500010 | None |
| 4503-20-100557 |   | 791-20370536 | 008 | H4-HLV4 | 8512202080 | 99038803 | 8539500010 | None |
| 4503-20-100557 |   | 791-20370536 | 009 | H7-HLV4 | 8512202080 | 99038803 | 8539500010 | None |
| 4503-20-100557 | * | 791-20370908 | 007 | 3710-CWHP3-V2 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100557 | * | 791-20370908 | 001 | 4210-CWHP3-V2 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100557 | * | 791-20370908 | 008 | 4210-CWHP6-V2 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100557 | * | 791-20370908 | 002 | 4210-WWHP6-V2 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100557 |   | 791-20370908 | 006 | PAR38IP-NW20-120 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100557 | * | 791-20370908 | 003 | 921-CWHP15-TAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100557 | * | 791-20370908 | 004 | 921-WWHP15-TAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100557 | * | 791-20370908 | 005 | MR16-CW5SMD-30 | 8543707100 | 99038803 | 8539500040 | None |
| 4503-20-100557 | * | 791-20370908 | 009 | MR16-WW5SMD-30 | 8543707100 | 99038803 | 8539500040 | None |
| 4503-20-100557 |   | 791-20374082 | 001 | PAR36-NW9W-160 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100557 |   | 791-20374082 | 002 | PAR36-WW9W-30 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100557 |   | 791-20370536 | 010 | ORBC14-72WD-SP | 8512202080 | 99038803 | 8512202040 | None |
| 4503-20-100557 |   | 791-20370536 | 011 | ORBC20-120WD-SP | 8512202080 | 99038803 | 8512202040 | None |
| 4503-20-100557 |   | 791-20370536 | 012 | ORBC40-240WD-SP | 8512202080 | 99038803 | 8512202040 | None |
| 4503-20-100557 |   | 791-20370536 | 013 | ORBC50-288WD-SP | 8512202080 | 99038803 | 8512202040 | None |
| 4503-20-100557 |   | 791-20370395 | 001 | ORBS20-60WD-CB | 8512202040 | 99038803 | 8512202040 | None |
| 4503-20-100557 |   | 791-20370395 | 002 | ORBS50-144WD-FL | 8512202040 | 99038803 | 8512202040 | None |
| 4503-20-100586 | * | 791-20374926 | 019 | CLPC-40K40 | 9405406000 | 99038803 | 8539500090 | None |
| 4503-20-100586 |   | 791-20374926 | 002 | CLPC-40K80 | 8543707100 | 99038803 | 8539500090 | None |
| 4503-20-100586 |   | 791-20374926 | 017 | CL-50K60-E39 | 8543707100 | 99038803 | 8539500090 | None |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4503-20-100586 | | 791-20374926 | 018 | CL-NW20 | 8543707100 | 99038803 | 8539500010 | None |
| 4503-20-100586 | | 791-20374926 | 001 | CL-WW20 | 8543707100 | 99038803 | 8539500010 | None |
| 4503-20-100586 | * | 791-20377861 | 001 | BA7S-A | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100586 | * | 791-20377861 | 001 | BA9S-A4-32-6VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100586 | * | 791-20377861 | 001 | BA9SF-WW-6VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100586 | * | 791-20377861 | 001 | BA9S-G-120-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100586 | * | 791-20377861 | 001 | BA9S-R-120-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100586 | * | 791-20377861 | 001 | BA9S-W4-32-12VAC | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100586 | | 791-20377861 | 001 | RDL-W10 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | * | 791-20377861 | 001 | 24-RHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100586 | * | 791-20377861 | 001 | 74-B | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100586 | * | 791-20377861 | 001 | 74-WHP | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100586 | | 791-20377861 | 001 | PAR36-A9W-160 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100586 | | 791-20377861 | 001 | PAR36-WW9W-160 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100586 | | 791-20377861 | 001 | PAR36-WW9W-30 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100586 | * | 791-20377861 | 001 | LPC-C-NW2 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | * | 791-20377861 | 001 | M11PC-A3 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | * | 791-20377861 | 001 | M3-A6 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | * | 791-20377861 | 001 | M4F-W13 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | * | 791-20377861 | 001 | M5-RHB3 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | * | 791-20377861 | 001 | M5-WHB3 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | | 791-20377861 | 001 | P-STRB-A6W | 8512202040 | 99038803 | 8512204040 | 99038803 |
| 4503-20-100586 | | 791-20377861 | 001 | PT-STRB-R24 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | | 791-20377861 | 001 | STRB-R4W | 8512202040 | 99038803 | 8512204040 | 99038803 |
| 4503-20-100586 | | 791-20377861 | 001 | 1156-W3X1W | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100586 | | 791-20377861 | 001 | 1157-A19-WV | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100586 | | 791-20377861 | 001 | PT-A24 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | | 791-20377861 | 001 | PTC-RHB17 | 8512202040 | 99038803 | 8512202040 | 99038803 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4503-20-100586 | | 791-20377861 | 001 | PTF-R56 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | | 791-20377861 | 001 | PT-R10 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | | 791-20377861 | 001 | RT-R24 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | | 791-20377861 | 001 | ST-RHB40 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | | 791-20377861 | 001 | ST-W12 | 8512202040 | 99038803 | 8512202040 | 99038803 |
| 4503-20-100586 | * | 791-20379578 | | CLPC-40K80 | 8543707100 | 99038803 | 8539500090 | None |
| 4503-20-100586 | | 791-20379578 | 004 | DRB-50K36-E39 | 8543707100 | 99038803 | 8539500090 | None |
| 4503-20-100586 | * | 791-20379578 | | CL-50K60-E39 | 8543707100 | 99038803 | 8539500090 | None |
| 4503-20-100586 | * | 791-20379578 | | CL-NW20 | 8543707100 | 99038803 | 8539500010 | None |
| 4503-20-100586 | * | 791-20379578 | | CL-WW20 | 8543707100 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20378943 | 004 | 921-B19-T | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20378943 | 005 | 921-R19-T | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20378943 | 001 | 1157-NWHP28-T | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100613 | | 791-20378943 | 002 | 1157-RHP28-T | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100613 | | 791-20378943 | 003 | 1157-WHP28-T | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100613 | | 791-20384057 | 001 | 9005-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20384057 | 002 | 9006-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20384057 | 003 | 9007-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20384057 | 004 | H11-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20384057 | 005 | H16-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20384057 | 006 | H8-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20384057 | 007 | PSX24W-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100613 | | 791-20384974 | 003 | PAR36-CW9W-160 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100613 | | 791-20384974 | 001 | PAR36-NW9W-30 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100613 | | 791-20384974 | 002 | PAR36-WW9W-160 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100635 | | 791-20390575 | 001 | MR16D-NW7-40 | 8543707100 | 99038803 | 8539500040 | None |
| 4503-20-100635 | | 791-20390575 | 002 | MR16D-WW7-40 | 8543707100 | 99038803 | 8539500040 | None |
| 4503-20-100635 | | 791-2038510-4 | 001 | orbs12-36wd-cd | 8512202040 | 99038803 | 8512202040 | None |

10

| 4503-20-100635 | | 791-2038510-4 | 002 | orbs12-36wd-FL | 8512202040 | 99038803 | 8512202040 | None |
|---|---|---|---|---|---|---|---|---|
| 4503-20-100635 | | 791-2038510-4 | 006 | orbs30-90wd-CB | 8512202040 | 99038803 | 8512202040 | None |
| 4503-20-100666 | * | 791-20390120 | 004 | FLT-B24 | 8412202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | | 791-20390120 | 009 | BA9S-AHP5 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20390120 | 007 | BA9S-BHP5 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20390120 | 001 | BA9S-CWHP5 | 8412202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20390120 | 008 | BA9S-RHP5 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20390120 | 020 | 1142-CW12-G | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 005 | T8M-CW8-WV | 8543707100 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20390120 | 002 | H7-W36-DRL | 8412202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20390120 | 021 | E27-B8-G | 8543707100 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 006 | MR11-GHP6 | 8543707100 | 99038803 | 8539500040 | None |
| 4503-20-100666 | | 791-20390120 | 014 | 1156-CW3W-G | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 010 | 1156-W19-6V | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 011 | 1157-AW60-SA | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 015 | 1157-R3W-G | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 003 | 1157-WW3W-G | 8412202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 012 | 3157-AW60-SA | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 016 | 3157-R3W-G | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 018 | 67-A12-G | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 019 | 67-CW12-G | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 017 | 67-R12-G | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390120 | 013 | 7443-AW60-SA | 8512202040 | 99038803 | 8539500020 | None |
| 4503-20-100666 | | 791-20390963 | 001 | 9004-HLV5-1 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20390963 | 002 | 9012-HLV5-1 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20390963 | 003 | H7-HLV5-1 | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | * | 791-20391847 | 007 | H11-NWHP28-DRL | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | * | 791-20391847 | 018 | H11-NWHP28-DRL | 8512202040 | 99038803 | 8539500010 | None |

| 4503-20-100666 | * | 791-20391847 | 008 | H11-WHP28-DRL | 8512202040 | 99038803 | 8539500010 | None |
|---|---|---|---|---|---|---|---|---|
| 4503-20-100666 | * | 791-20391847 | 009 | H16-WHP28-DRL | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | * | 791-20391847 | 010 | H8-NWHP28-DRL | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | * | 791-20391847 | 011 | H8-WHP28-DRL | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | * | 791-20391847 | 012 | HB3-WHP28-DRL | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | * | 791-20391847 | 013 | HB4-NWHP28-DRL | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | * | 791-20391847 | 014 | HB4-WHP28-DRL | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | | 791-20391847 | 001 | 9005-HLV6 | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | | 791-20391847 | 002 | 9007-HLV6 | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | | 791-20391847 | 005 | H11-HLV5 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391847 | 003 | H11-HLV6 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391847 | 006 | H4-HLV5 | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | | 791-20391847 | 004 | H4-HLV6 | 8512202040 | 99038803 | 8539500090 | None |
| 4503-20-100666 | | 791-20391888 | 008 | 9004-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 009 | 9006-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 001 | H10-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 011 | H11-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 002 | H13-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 003 | H16-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 012 | H16-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 004 | H4-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 005 | H7-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 013 | H8-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 014 | PSX24W-HLV4 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20392068 | 001 | PAR30-NW40W-180 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100666 | | 791-20392068 | 002 | PAR30-NW40W-36 | 8543707100 | 99038803 | 8539500030 | None |
| 4503-20-100666 | | 791-20392985 | 001 | 880-HLV7 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20392985 | 002 | 9006-HLV7 | 8512202040 | 99038803 | 8539500010 | None |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4503-20-100666 | | 791-20392985 | 004 | H11-HLV7 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20392985 | 005 | H13-HLV7 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20392985 | 003 | H1-HLV7 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20392985 | 006 | H4-HLV7 | 8512202040 | 99038803 | 8539500010 | None |
| 4503-20-100666 | | 791-20391888 | 015 | ORBC20-120WD-SP | 8512202040 | 99038803 | 8512202040 | None |
| 4503-20-100666 | | 791-20391888 | 016 | ORBC50-288WD-SP | 8512202040 | 99038803 | 8512202040 | None |
| 4503-20-100666 | | 791-20389726 | 001 | ORBS20-60WD-FL | 8512202040 | 99038803 | 8512202040 | None |
| 4503-20-100695 | | 791-20396630 | 003 | FUT012 | 8543707100 | 99038803 | 8539500010 | None |
| 4503-20-100695 | | 791-20396630 | 001 | FUT103 | 8543707100 | 99038803 | 8539500040 | None |
| 4503-20-100695 | | 791-20396630 | 002 | FUT104 | 8543707100 | 99038803 | 8539500040 | None |
| 4503-20-100695 | | 791-20402255 | 006 | MR16-NW4W-P60 | 8543707100 | 99038803 | 8539500040 | None |
| 4503-20-100695 | | 791-20402255 | 007 | MR16-WW4W-P60 | 8543707100 | 99038803 | 8539500040 | None |
| 4503-20-100716 | * | 791-20403956 | 001 | G25D -WW6DF | 8543707100 | 99038803 | 8539500020 | None |
| 4503-20-100716 | | 791-20403956 | 002 | S14-UW2DF | 8543707100 | 99038803 | 8539500020 | None |

13